```
K23LCLAA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                           20 Cr. 76 (NRB)

ZACHARY CLARK,
a/k/a "Abu Talha,"
a/k/a "Omar Kabir,"
a/k/a "Omar Shishani"
            Defendant.
                                         Arraignment
------------------------------x

                                         New York, N.Y.
                                         February 3, 2020
                                         3:15 p.m.

Before:

              HON. NAOMI REICE BUCHWALD,

                                         District Judge

                     APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
BY:  GILLIAN GROSSMAN
     MATTHEW HELLMAN
     Assistant United States Attorneys

FEDERAL DEFENDERS OF NEW YORK
     Attorney for Defendant
BY:  JONATHAN MARVINNY
```

K23LCLAA

1  2/3/2020

2  20Cr. 76

3  United States vs. Zachary Clark

4  arraignment and initial conference

5  for the government: Gillian Grossman and Matthew Hellman.

6  for the defendant Jonathan Marvinny.

7  -- -- ---------------------------------------------

8        THE COURT:  Good afternoon.  Everyone may be seated.
9  Okay.
10       (Case called)
11       MS. GROSSMAN:  Yes, your Honor.
12       Gillian Grossman and Matthew Hellman, for the
13 government.
14       THE COURT:  All right.  Is this Mr. Clark's first
15 appearance, subsequent to this indictment?
16       MS. GROSSMAN:  Yes, your Honor.
17       THE COURT:  Okay.  So, Mr. Marvinny, have you received
18 a copy of the indictment in this case?
19       MR. MARVINNY:  Yes, your Honor.
20       THE COURT:  And have you had a chance to review it
21 with Mr. Clark?
22       MR. MARVINNY:  Yes, your Honor.
23       We would waive its public reading.
24       THE COURT:  Mr. Clark, how do you plead, guilty or not
25 guilty?

K23LCLAA

1  THE DEFENDANT:  Not guilty.
2  THE COURT:  Have the parties had a chance to discuss
3  next steps in terms of discovery or perhaps other things?
4  MS. GROSSMAN:  Yes, your Honor.
5  The government is ready to make its first discovery
6  production today.  And we expect the production of discovery to
7  be substantially complete by early March.
8  The defendant and defense counsel have signed a
9  stipulated protective order, which, if the Court would like, we
10  can hand up for the Court's consideration.  We've asked defense
11  counsel to provide one terabyte hard drive for the government's
12  second discovery production, given the volume of materials.
13  THE COURT:  Okay.
14  Do you want to hand that up?
15  MS. GROSSMAN:  Yes.  Thank you.
16  THE COURT:  I've signed it.
17  MS. GROSSMAN:  Thank you, your Honor.
18  THE COURT:  So, Mr. Marvinny?
19  MR. MARVINNY:  I would respectfully request coming
20  back to this Court approximately 45 days after discovery is
21  complete.  We're looking at about a terabyte of discovery, so I
22  think that seems like an appropriate time frame, your Honor.
23  THE COURT:  Well, on the assumption, as the government
24  said, that discovery would be completed by early March.
25  MR. MARVINNY:  Mid April?

1  THE COURT:  Okay.  How about April 21st, at 2:30?
2  MR. MARVINNY:  Thank you.
3  THE COURT:  Is that good for the government?
4  MS. GROSSMAN:  Yes, your Honor.  Thank you.
5  Mr. Marvinny, any objection to excluding the speedy
6  trial?
7  MR. MARVINNY:  No.
8  THE COURT:  I find a continuance until April 21st
9  serves the ends of justice and outweighs the best interests of
10  the public and the defendant in a speedy trial in that it will
11  permit time for the government to make discovery and for the
12  defendant to consider that discovery.
13  Is there anything else at this time?
14  MS. GROSSMAN:  Yes, your Honor.
15  Just one matter.  We wanted to notify the Court that
16  we anticipate filing a motion pursuant to the Classified
17  Information Procedure's Act in this case, otherwise known as
18  CEPA.  That motion is typically filed ex parte, which is how we
19  intend to file it here.  And we'd like to have a Section (2)
20  conference with the Court in order to describe what the Section
21  (4) motion under CEPA will entail.  And we're asking to have
22  that conference ex parte as well, so that we can discuss the
23  content of the motion with the Court and describe the
24  classified material at issue.
25  The government has conferred with the classified

information security officers assigned to this district, who would attend such a conference.  They're available any Friday in February, if that works for the Court, or whatever date, of course.

THE COURT:  That is, for multiple reasons, not convenient.  Are there other dates that they would like -- non-Fridays that they would like to consider and skipping President's week?

MS. GROSSMAN:  They didn't provide us with any.  So I would suggest scheduling the conference to the Court's convenience.  And we'll make sure that an officer makes himself available.

THE COURT:  Is there some particular reason that they pick Fridays?

MS. GROSSMAN:  Yes, your Honor.

The officers assigned to this are district are currently engaged in -- assigned to attend a trial every day occurring in this district that deals with a large quantity of classified information.

THE COURT:  Okay.  I think the officer dropped by chambers earlier today.

How long is that trial expected to continue?

MS. GROSSMAN:  I expect at least a month, your Honor.

THE COURT:  Okay.  And, again, that judge does not sit on Fridays.  Okay.  What I would suggest -- and maybe you can

K23LCLAA

1  get back to me -- is maybe we could do something at the end of
2  the day after that trial comes to an end.
3           MS. GROSSMAN:  Yes, your Honor.
4           THE COURT:  That seems like a possibility.
5           MS. GROSSMAN:  Absolutely.  And I'll suggest that to
6  the --
7           THE COURT:  Okay.  Why don't we do that.
8           MS. GROSSMAN:  Okay.  Thank you.
9           THE COURT:  Okay. All right.  So you'll get back to
10 me?
11          MS. GROSSMAN:  Yes, your Honor, we will.
12          THE COURT:  All right.  Anything further?
13          MR. MARVINNY:  No, your Honor.
14          THE COURT:  Okay.  Very good.  Thank you.
15                      * * * * *
16
17
18
19
20
21
22
23
24
25