**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2020

By ECF

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York

**Re:  United States v. Zachary Clark, 20 Cr. 76 (NRB)**

Dear Judge Buchwald:

In light of the current COVID-19 pandemic, I write to respectfully request that the Court adjourn the April 21 conference in this matter for approximately 90 days. The Government consents to this request.

I make this request because I have been unable to meet with Mr. Clark at the MCC since early March, and legal visiting is now suspended until at least May 18. I have accordingly been unable to complete essential case-related functions like reviewing discovery in-person with my client. If the Court grants an adjournment, I consent to an exclusion of Speedy Trial time until the adjourn date.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Gillian Grossman, Esq.
      Matthew Hellman, Esq.
      Assistant United States Attorneys