# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2021

By ECF

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York

**Re: United States v. Zachary Clark, 20 Cr. 76 (NRB)**

Dear Judge Buchwald:

> Application granted. Sentencing is adjourned until Tuesday, April 13, 2021 at 11:30 am. Defendant's submission is due March 8, 2021. The Government's submission is due March 29, 2021.
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated: New York, New York
> January 4, 2021

I write to respectfully request a 60-day adjournment of Zachary Clark's sentencing date and submissions schedule.[1] The Government consents to this request.

The reasons for this request are 1) I am still working on collecting records and reports that will be important components of my submission, but that process will not be completed by January 8 (my submission deadline) because of delays related to the COVID-19 pandemic; and 2) Mr. Clark would prefer to appear at sentencing in person if possible, and will more likely be able to do so later this year.

Should the Court require further details before granting this request, I respectfully request the opportunity to submit a letter *ex parte* to provide additional information related to Mr. Clark's sentencing. Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Gillian Grossman, Esq.
Matthew Hellman, Esq.
Assistant United States Attorneys

---

[1] Mr. Clark's sentencing is currently scheduled for February 9, 2021, with the defense submission due January 8, and the Government submission due January 27.