# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2021

By ECF

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York

Application granted.  Sentencing is
scheduled for May 12, 2021.  Defendant's
submission shall be filed no later than
April 28, 2021. The government's submission
shall be filed no later than May 5, 2021.

SO ORDERED.

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        February 24, 2021

**Re:  United States v. Zachary Clark, 20 Cr. 76 (NRB)**

Dear Judge Buchwald:

I write to respectfully request a 30-day adjournment of Zachary Clark's sentencing date and submissions schedule.[1] The Government consents to this request. This is my second request for an adjournment of sentencing.

I make this request because, unfortunately, we have continued to have COVID-19-related difficulties with the Westchester County Jail—including lengthy lockdowns that have prevented Mr. Clark from speaking with counsel or counsel's staff for long stretches of time—that have made finalizing certain components of my sentencing submission impossible. Conditions appear to have improved recently, and I believe my requested adjournment should allow sufficient time to complete my submission and proceed to sentencing.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Gillian Grossman, Esq.
     Matthew Hellman, Esq.
     Assistant United States Attorneys

---

[1] Mr. Clark's sentencing is currently scheduled for April 13, 2021, with the defense submission due March 8, and the Government submission due March 29.