USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2021

# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

UNITED STATES OF AMERICA

- v -

Zachary Clark,          Defemdant.

Docket Number  __20 Cr. 76 (NRB)__

__Honorable Naomi R. Buchwald__
(District Court Judge)

Notice is hereby given that **the defendant, Zachary Clark** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✔]:   order [ ]:   other [ ]: _____
(specify)

entered in this action on __05/12/21__
(date)

Offense occurred after November 1, 1987      Yes [✔]      No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [ ]:   conviction and sentence [✔]

Date: __May 14, 2021__

TO:
Matthew Hellman, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)          TRANSCRIPT INFORMATION - FORM B

## ➤ QUESTIONNAIRE   ➤ TRANSCRIPT ORDER   ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

[✔] I am ordering a transcript
[ ] I am not ordering a transcript
    Reason:
    [ ] Daily copy is available
    [ ] U.S. Attorney has placed order
    [ ] Other. Attach explanation

Prepare transcript of
[✔] Pre-trial proceedings  8/10/20
[ ] Trial
[✔] Sentence  5/12/21
[ ] Post-trial proceedings

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ➤ Method of payment [✔] Funds [ ] CJA Form 24

ATTORNEY'S signature  *Jonathan Marvinny*          DATE  May 14, 2021

## ➤ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____          Signature _____
                                         (Court Reporter)

COPY 1 - ORIGINAL